# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand and fifteen.

Before:      Reena Raggi,
                     *Circuit Judge*.

_____

Kevin Drake, individually, and as next friend of J.D., Lori Drake, individually, and as next friend of J.D.,

Plaintiffs-Appellees,

v.

Allergan Inc.,

Defendant-Appellant.

**ORDER**
Docket No. 15-1848

_____

The parties jointly move pursuant to Fed. R. App. P. 12.1(b) for limited remand to the district, so the district court may review and approve the proposed settlement of this matter.

IT IS HEREBY ORDERED that the motion is GRANTED. Pending the district court's approval of the settlement, Appellant must submit status update letters to this Court every 30 days, beginning with 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/23/2015